

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-13-00123-CV

Trial Court Cause
Number:  09-CV-0147

Style:  In re Texas Windstorm Insurance Association

Date motion filed[*]:  February 12, 2013

Type of motion:  Emergency Motion to Seal

Party filing motion:  Relator

Document to be filed:  Supplemental record and response

Is appeal accelerated? ☒ YES   ☐ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: Court records are presumed to be open to the general public. Tex. R. Civ. P. 76a; Gen. Tire, Inc. v. Kepple, 970 S.W.2d 520, 523 (Tex. 1998). Even when the substantive standard for sealing court records is satisfied, see Tex. R. Civ. P. 76a(1), the rules of civil procedure require public notice and a hearing, see Tex. R. Civ. P. 76a(3) & (4). Any party wishing to seal a portion of the appellate record in this case should first follow the procedures of Rule 76a and then request this court to seal the record in conformity with the trial court's order, see Tex. R. Civ. P. 76a(6), or appeal the trial court's ruling, see Tex. R. Civ. P. 76a(8), or take such other action as the party may deem appropriate after following the Rule 76a procedure.

Judge's signature: /s/ Michael Massengale
            ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: March 7, 2013



**ORDER ON MOTION**